# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-442-847

**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
April 24, 2025

---

## Title

**Title of Work:**   Fright Night

## Completion/Publication

**Year of Completion:**   2016
**Date of 1st Publication:**   July 18, 2016
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Rickey Eugene Peoples
  **Pseudonym:**   Peoples, Geno, pseud.
  **Author Created:**   2-D artwork
  **Work made for hire:**   No
  **Citizen of:**   United States

## Copyright Claimant

**Copyright Claimant:**   Rickey Eugene Peoples
2211 Minnesota Ave, Lynn Haven, FL, 32444, United States

## Rights and Permissions

**Organization Name:**   Grateful Licensing Group LLC.
**Name:**   Matt Appelman
**Email:**   matt@gratefullicensing.com
**Telephone:**   (802)777-1337
**Address:**   P.O. Box 844
Manchester Center, VT 05255 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-451-157

**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
July 03, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Buffalo Soldiers |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2007 |
| **Date of 1st Publication:** | June 15, 2007 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Rickey Eugene Peoples |
| **Pseudonym:** | Geno Peoples |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Rickey Eugene Peoples |
| | 2211 Minnesota Ave, Lynn Haven, FL, 32444, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Grateful Licensing Group LLC. |
| **Name:** | Matt Appelman |
| **Email:** | matt@gratefullicensing.com |
| **Telephone:** | (802)777-1337 |
| **Address:** | P.O. Box 844 |
| | Manchester Center, VT 05255 United States |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

# VA 2-451-158

**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
July 03, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Wood Ducks |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2008 |
| **Date of 1st Publication:** | March 05, 2008 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Rickey Eugene Peoples |
| **Pseudonym:** | Geno Peoples |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Rickey Eugene Peoples |
| | 2211 Minnesota Ave, Lynn Haven, FL, 32444, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Grateful Licensing Group LLC. |
| **Name:** | Matt Appelman |
| **Email:** | matt@gratefullicensing.com |
| **Telephone:** | (802)777-1337 |
| **Address:** | P.O. Box 844 |
| | Manchester Center, VT 05255 United States |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-448-715

**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
June 11, 2025

---

## Title

        **Title of Work:**   Winter Playtime

## Completion/Publication

        **Year of Completion:**   2019
     **Date of 1st Publication:**   June 05, 2019
  **Nation of 1st Publication:**   United States

## Author

-          **Author:**   Rickey Eugene Peoples
        **Pseudonym:**   Geno Peoples
    **Author Created:**   2-D artwork
  **Work made for hire:**   No
        **Citizen of:**   United States
    **Pseudonymous:**   Yes

## Copyright Claimant

    **Copyright Claimant:**   Rickey Eugene Peoples
                                2211 Minnesota Ave, Lynn Haven, FL, 32444, United States

## Rights and Permissions

    **Organization Name:**   Grateful Licensing Group LLC.
            **Name:**   Matt Appelman
            **Email:**   matt@gratefullicensing.com
      **Telephone:**   (802)777-1337
        **Address:**   P.O. Box 844
                                  Manchester Center, VT 05255 United States

