IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICKEY PEOPLES,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>　　　　　　Defendants. | Civil Action No. 26-CV-202 |

**MOTION FOR 1) TEMPORARY RESTRAINING ORDER, 2) ORDER RESTRAINING ASSETS AND MERCHANT STOREFRONTS, 3) ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE, AND 4) ORDER AUTHORIZING EXPEDITED DISCOVERY**

　　　　Plaintiff now moves this Court for an Order granting: 1) a temporary restraining order, 2) an order restraining assets and merchant storefronts, 3) an order to show cause why a preliminary injunction should not issue, and 4) an order authorizing expedited discovery against the Defendants identified on Schedule "A" to the Complaint.  Plaintiff is concurrently filing a Motion to File Under Seal, and if that is granted, Plaintiff will then file the papers supporting this Motion and a proposed Order under seal.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: February 4, 2026　　　　　　　　/s/ Stanley D. Ference III
　　　　　　　　　　　　　　　　　　　Stanley D. Ference III
　　　　　　　　　　　　　　　　　　　Pa. ID No. 59899
　　　　　　　　　　　　　　　　　　　courts@ferencelaw.com

　　　　　　　　　　　　　　　　　　　FERENCE & ASSOCIATES LLC
　　　　　　　　　　　　　　　　　　　409 Broad Street
　　　　　　　　　　　　　　　　　　　Pittsburgh, Pennsylvania 15143
　　　　　　　　　　　　　　　　　　　(412) 741-8400 – Telephone
　　　　　　　　　　　　　　　　　　　(412) 741-9292 – Facsimile

　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff